# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ZERESENAY ERMIAS TESFATSION, | ) CASE NO. 4:18-CV-1023 |
| Petitioner, | ) |
| | ) JUDGE DAN AARON POLSTER |
| v. | ) |
| JEFF SESSIONS, | ) **OPINION & ORDER** |
| Respondent. | ) |

Petitioner Zeresenay Ermias Testfatsion filed a habeas corpus petition pursuant to 28 U.S.C. § 2241 on May 3, 2018, seeking release from custody pending his removal to his native country, Eritrea. Doc #: 1. The Government filed a Motion to Dismiss for Lack of Jurisdiction on August 27, 2018. Doc #: 7. In its Motion, the Government explains that while Petitioner was in Egyptian custody awaiting his flight to Eritrea, he was found deceased. Mot. at 1. This Court lacks jurisdiction over a habeas corpus petition brought pursuant to 28 U.S.C. § 2241 if the petitioner dies while the petition is pending. *See Gorrasi v. Warden, Pickaway Correctional Inst.*, No. 1:12-CV-65, 2012 WL 5378811 (S.D. Ohio Oct. 30, 2012). Thus, the Court no longer has subject matter jurisdiction over this action. Accordingly, Petitioner's habeas corpus petition pursuant to 28 U.S.C. § 2241 is **DISMISSED**.

**IT IS SO ORDERED.**

*/s/Dan Aaron Polster Aug. 29, 2018*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT COURT**